ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN 11 PM 3: 56

CLERK
SO DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: MORITZ D. HOLLOWAY,          *     Bankruptcy No. 09-30446
                                    *
    Debtor.                         *     Chapter 7 proceedings
                                    *
_____     *

D. DUSTON TAPLEY, JR.,              *
                                    *
    Appellant,                      *
                                    *
    vs.                             *     CIVIL ACTION NO.
                                    *     CV 315-075
TODD BOUDREAUX, et al.,             *
                                    *
    Appellees.                      *

O R D E R

On September 4, 2015, Appellant D. Duston Tapley, Jr. filed a notice of appeal from the United States Bankruptcy Court.[1] On October 19, 2015, the Clerk of Court issued a briefing schedule that set the deadline for Appellant to file a brief on November 23, 2015. No brief has been filed.

Upon the foregoing, Appellant D. Duston Tapley, Jr., shall show cause within fourteen (14) days why this appeal

---

[1] It appears that Mr. Tapley was represented by David Brian Pittman, Esq., during the underlying bankruptcy proceedings, yet he filed the notice of appeal pro se. The Court notes, however, that Mr. Tapley is a licensed Georgia attorney in good standing and admitted to practice before the Southern District of Georgia bar.

should not be dismissed for failure to prosecute.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE