ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JAN 20 P 3: 51

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| IN RE: MORITZ D. HOLLOWAY, | * | Bankruptcy No. 09-30446 |
| Debtor. | * | Chapter 7 proceedings |
| D. DUSTON TAPLEY, JR., | * | |
| Appellant, | * | |
| vs. | * | CIVIL ACTION NO. CV 315-075 |
| TODD BOUDREAUX, et al., | * | |
| Appellees. | * | |

# O R D E R

On January 11, 2016, this Court directed Appellant D. Duston Tapley to show cause within fourteen days why this bankruptcy appeal should not be dismissed because of his failure to file an appellate brief. Within three days, Mr. Tapley responded that he had never received notice of the briefing schedule. Upon review of Mr. Tapley's submission and this Court's own records, Mr. Tapley may be correct. He is not listed as a recipient of the briefing schedule in the Court's records. It is the Court's understanding that Mr. Tapley's name (and therefore his e-mail address) may have been

entered incorrectly in the CM/ECF system at that time. Thus, he would not have received electronic notice of the filing of the briefing schedule.

Upon the foregoing, **IT IS ORDERED** that Mr. Tapley has presented sufficient cause to excuse his untimeliness. Accordingly, Mr. Tapley is permitted to file his appellate brief within twenty-one (21) days hereof.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE