ORIGINAL
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 APR 20 PM 4: 12
CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| IN RE: MORITZ D. HOLLOWAY, | Bankruptcy No. 09-30446 |
| Debtor. | Chapter 7 proceedings |
| D. DUSTON TAPLEY, JR. and JAY TAPLEY, | |
| Appellants, | CIVIL ACTION NO. CV 315-075 |
| vs. | [Adversary Proceeding Number 10-03015] |
| TODD BOUDREAUX, et al., | |
| Appellees. | |

O R D E R

Appellants Jay Tapley and D. Duston Tapley appeal the judgment entered against them by the United States Bankruptcy Court on August 21, 2015, in an adversary proceeding in a Chapter 7 case. The judgment was entered pursuant to the Bankruptcy Court's Orders of March 30, 2012 (granting in part and denying in part Appellants' motion for summary judgment); March 31, 2015 (granting in part and denying in part Appellants' motions for a directed verdict); and August 21, 2015 (granting in part and denying in part Appellants' motion for reconsideration). Upon consideration of the record evidence, the appellate briefs, and the relevant law, this

Court hereby **AFFIRMS** the judgment of the Bankruptcy Court in all respects for the well-reasoned and ample findings of fact and conclusions of law appearing in the referenced Orders of the Bankruptcy Court. Accordingly, the Clerk is directed to **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE